

# Fourth Court of Appeals
## San Antonio, Texas

January 8, 2014

No. 04-13-00068-CV

Mustafa **NADAF** d/b/a Discount Mini Mart,
Appellant

v.

**TEXAS COMMISSION ON ENVIRONMENTAL QUALITY** and Gregg Abbott,
Attorney General for the State of Texas,
Appellees

From the 250th District Court, Travis County, Texas
Trial Court No. D-1-GN09-002367
The Honorable Orlinda L. Naranjo, Judge Presiding

# O R D E R

The Appellant's Motion to Withdraw as Attorney of Record is hereby GRANTED.

It is so **ORDERED** on January 8th, 2014.                    PER CURIAM

ATTESTED TO:

Keith E. Hottle
Clerk of Court

